UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the termination of　　　　　　　　　　　　ORDER
Referral to Magistrate Judge


_____

     **ORDERED** that the referral to Magistrate Judge Randolph F. Treece in the following case has been terminated.  This case will be decided directly, without Report and Recommendation, by the Honorable Lawrence E. Kahn, Senior U.S. District Judge:

| Case Number | Caption |
|---|---|
| 5:11-cv-458 | Flagg v. Commissioner of Social Security |

**IT IS SO ORDERED.**

Dated: May 2, 2012
Syracuse, New York

_____
Gary L. Sharpe
Chief U.S. District Judge